# IN THE SUPREME COURT

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

16 MARCH 2017

| 015P17 | Marlow Williams v. Frank L. Perry, in His Official Capacity as Secretary, North Carolina Department of Public Safety, and Paul G. Butler, Jr., in His Official Capacity as Chairman of the North Carolina Post-Release Supervision and Parole Commission | 1. Plt's *Pro Se* Notice of Appeal Based Upon a Constitutional Question (COA16-372)<br><br>2. Plt's *Pro Se* PDR Under N.C.G.S. § 7A-31 | 1. Dismissed *ex mero motu*<br><br>2. Denied |
|---|---|---|---|
| 016P17 | Timothy R. Poole v. State of North Carolina | Plt's *Pro Se* Motion for *Writ of Mandamus* | Denied |
| 017P17 | Settlers Edge Holding Company, LLC; Mountain Air Development Corporation; Virginia A. Banks; William R. Banks; Jeani H. Banks; Michael R. Watson; Sheree B. Watson; Virginia A. Banks, William R. Banks, and Sheree B. Watson in Their Capacity as Trustees of William A. Banks Revocable Trust; Morris Atkins in His Capacity as Trustee of William Banks Family Irrevocable Trust Number 1; and Morris Atkins in His Capacity as Trustee of William Banks Family Irrevocable Trust Number 2 v. RES-NC Settlers Edge, LLC | 1. Plts' PDR Under N.C.G.S. § 7A-31 (COA15-1055)<br><br>2. Def's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied<br><br>2. Dismissed as moot |
| 018P17 | State v. Daniel Edward Palacios | Def's Petition for *Writ of Certiorari* to Review Order of COA | Dismissed |
| 019P17 | State v. Susan Annette Allen | Def's PDR Under N.C.G.S. § 7A-31 | Denied |